# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **CV 15-8570-JFW (JEMx)**                                      Date: June 8, 2016

Title:   Howard L. Abselet -v- Massoud Aaron Yashouafar, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                            None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE**

      Counsel violated this Court's Standing Order and Scheduling and Case Management Order by failing to timely deliver courtesy copies of the pretrial documents filed by the parties. Accordingly, counsel are ordered to show cause, in writing, by June 9, 2016, why this Court should not impose sanctions on counsel in the amount of $1,500.00 for their violation of the Court's Standing Order and Scheduling and Case Management Order. In addition, counsel are ordered to deliver courtesy copies of all pretrial documents by 4:00 p.m. on June 8, 2016.

      No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

      IT IS SO ORDERED.